# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cory L. Crabtree<br>Rachael Popov-Crabtree<br><br><br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 18-10768 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 and index same on the master mailing list.

      Respectfully submitted,
      **/s/ Rebecca A. Solarz Esquire**
      Rebecca A Solarz, Esquire
      Kevin G. McDonald, Esquire
      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322