United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Cory L. Crabtree

Rachael Popov-Crabtree

    Debtors

Case No. 18-10768-amc

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 6 |
| Date Rcvd: May 18, 2023 | Form ID: 138OBJ | Total Noticed: 102 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Cory L. Crabtree, Rachael Popov-Crabtree, 7713 New Street, Glenside, PA 19038-8020 |
| 14051182 | | Abington Memorial Hospital, P.O. Box 7417, Philadelphia, PA 19101-7417 |
| 14051183 | + | Acs/college Loan Corp, 501 Bleecker St, Utica, NY 13501-2401 |
| 14051184 | | Acs/key Bank, C/o Acs, Utica, NY 13501 |
| 14051187 | + | Allergy & Asthma Care, P.C., Mallard Creek Village, Suite 105, 130 Almshouse, Richboro, PA 18954-1158 |
| 14051191 | | Asset Maximization Group, Inc., P.O. 190191, South Richmond Hill, NY 11419-0191 |
| 14051193 | | Berkheimer Tax Administrator, P.O. Box 25153, Lehigh Valley, PA 18002-5153 |
| 14051208 | | Cardionet, LLC, PO Box 508, Malvern, PA 19355-0508 |
| 14051217 | + | Chestnut Hill Allergy and Asthma, 40 W Evergreen Avenue, Suite 106, Philadelphia, PA 19118-3324 |
| 14051218 | | Chestnut Hill Hospital, PO Box 504148, Saint Louis, MO 63150-4148 |
| 14051230 | | Einstein Practice Plan, P.O. Box 780003, Philadelphia, PA 19178-2428 |
| 14051233 | | Grimley Financial Corporation, 30 Washington Avenue, Suite C-6, Haddonfield, NJ 08033-3341 |
| 14051235 | + | Interstate Credit and Collection Inc., 21 West Fornance St., Suite 200, Norristown, PA 19401-3300 |
| 14051242 | + | MDJ38-1-04, 1150 Old York Road, Abington, PA 19001-3712 |
| 14051246 | | Otolaryngology Associates, 1245 Highland Avneue Price, Abington, PA 19001 |
| 14051247 | + | Paul and Carlita Popov, 111 E. Lincoln Avenue, Apt. 602, Telford, PA 18969-1715 |
| 14051249 | + | Pediatric Specialty Care PC, 2701 Blair Mill Road Suite 6, Willow Grove, PA 19090-1041 |
| 14051251 | | Pennsylvania Department of Revenue, PO Box 280431, Harrisburg, PA 17128-0431 |
| 14051252 | + | Pennsylvania Turnnpike Commission, Violation Processing Center, 8000 C Derry Street, Harrisburg, PA 17111-5287 |
| 14051254 | + | Pinnacle ENT Associates, PO Box 822336, Philadelphia, PA 19182-2336 |
| 14051259 | + | Radiology Group of Abington PC, PO Box 10668, Lancaster, PA 17605-0668 |
| 14051260 | #+ | Skin Smart Dermatology, 910 E. Willow Grove, Glenside, PA 19038-7910 |
| 14051272 | + | Temple Jeanes Hospital, 7600 Central Avenue, Philadelphia, PA 19111-2499 |
| 14051273 | | Temple Physicians Inc., PO Box 824055, Philadelphia, PA 19182-4055 |
| 14051274 | | Temple University Physicians, P.O. Box 827783, Philadelphia, PA 19182-7783 |
| 14051275 | | The Neurology Group, PO Box 660827, Mailstop 30200988, Dallas, TX 75266-0827 |
| 14051276 | | Tri-County Emergency Physicians, LLC, PO Box 347028, Pittsburgh, PA 15251-7028 |
| 14057071 | | Water Revenue Bureau, 1401 JKF Blvd., Philadelphia, PA 19102 |
| 14051279 | | Wells Fargo Bank, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 14051280 | | Wells Fargo Card Ser, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 14051284 | + | Xerox Soluti, Pob 41818, Philadelphia, PA 19101-1818 |
| 14057072 | + | Xeroz Solutions, PO Box 41818, Philadelphia PA 19101, Notice: City of Philadelphia 19101-1818 |
| 14051253 | | philadelphia parking authority, 2467 grant avenue, Philadelphia, PA 19114-1004 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | | |
| | | May 18 2023 23:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 6 |
| Date Rcvd: May 18, 2023 | Form ID: 138OBJ | Total Noticed: 102 |

| | | | |
|---|---|---|---|
| | | | Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14051188 | | Email/Text: bkrpt@retrievalmasters.com | |
| | | May 18 2023 23:54:00 | AMCA, PO Box 1235, Elmsford, NY 10523-0935 |
| 14051190 | | Email/Text: collectors@arresourcesinc.com | |
| | | May 18 2023 23:54:00 | AR Resources, Inc., P.O. Box 1056, Blue Bell, PA 19422 |
| 14051185 | + | Email/Text: bncnotifications@pheaa.org | |
| | | May 18 2023 23:54:00 | Aes/key Corp Trust, Pob 61047, Harrisburg, PA 17106-1047 |
| 14051186 | | Email/Text: tropiann@einstein.edu | |
| | | May 18 2023 23:54:00 | Albert Einstein Medical Ctr., P.O. Box 785371, Philadelphia, PA 19178-5371 |
| 14051192 | + | Email/Text: creditcardbkcorrespondence@bofa.com | |
| | | May 18 2023 23:54:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14051195 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | |
| | | May 18 2023 23:55:00 | Berks Credit & Coll, 900 Corporate Dr, Reading, PA 19605-3340 |
| 14090405 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | May 19 2023 00:05:38 | CACH, LLC its successors and assigns as assignee, of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14051204 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | May 19 2023 00:17:38 | Capital One Bank Usa, 15000 Capital One Dr, Richmond, VA 23238 |
| 14051206 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | May 19 2023 00:05:21 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14051209 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | May 19 2023 00:05:41 | Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 14051198 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | May 19 2023 00:04:27 | Cach, Llc, 4340 S Monaco St Unit 2, Denver, CO 80237-3485 |
| 14051199 | | Email/Text: amanda@cascollects.com | |
| | | May 18 2023 23:55:00 | Capital Collection Service, P.O. Box 150, West Berlin, NJ 08091-0150 |
| 14051200 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | May 19 2023 00:04:37 | Capital One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 14051201 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | May 19 2023 00:06:14 | Capital One / Best B, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14051202 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | May 19 2023 00:05:33 | Capital One Bank Usa, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14051219 | + | Email/Text: bankruptcy@philapark.org | |
| | | May 18 2023 23:55:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 14051224 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | May 18 2023 23:54:00 | Comenity Bank/Vctrssec, Po Box 182789, Columbus, OH 43218-2789 |
| 14051221 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | May 18 2023 23:54:00 | Comenity Bank/express, Po Box 182789, Columbus, OH 43218-2789 |
| 14051223 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | May 18 2023 23:54:00 | Comenity Bank/limited, Po Box 182789, Columbus, OH 43218-2789 |
| 14051225 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | May 18 2023 23:54:00 | Comenitybank/amrsign, Po Box 182789, Columbus, OH 43218-2789 |
| 14051226 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | May 18 2023 23:54:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14051227 | + | Email/Text: bankruptcy_notifications@ccsusa.com | |
| | | May 18 2023 23:55:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14051228 | + | Email/PDF: creditonebknotifications@resurgent.com | |
| | | May 19 2023 00:04:20 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14072163 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | May 19 2023 00:06:13 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14051239 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |

District/off: 0313-2                                     User: admin                                     Page 3 of 6
Date Rcvd: May 18, 2023                                 Form ID: 138OBJ                                  Total Noticed: 102

| | | | | |
|---|---|---|---|---|
| | | | May 19 2023 00:06:11 | Macy's/dsnb, Po Box 8218, Mason, OH 45040 |
| 14051241 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | May 19 2023 00:05:33 | Mcydsnb, 9111 Duke Blvd, Mason, OH 45040 |
| 14262779 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | May 18 2023 23:54:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14083156 | | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | | May 18 2023 23:54:00 | Educational Credit Management Corporation, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14443881 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | May 18 2023 23:55:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14452128 | ^ | MEBN | | |
| | | | May 18 2023 23:50:36 | Federal Home Loan Mortgage Corporation, as Trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14051231 | + | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | May 18 2023 23:54:00 | Fia Csna, Po Box 982238, El Paso, TX 79998-2238 |
| 14051232 | | Email/Text: crdept@na.firstsource.com | | |
| | | | May 18 2023 23:55:00 | Firstsource Advantage, LLC, P.O. Box 628, Buffalo, NY 14240-0628 |
| 14057073 | | Email/Text: Bankruptcy@ICSystem.com | | |
| | | | May 18 2023 23:54:00 | IC System, PO Box 64437, St. Paul, MN 55164-0437 |
| 14051234 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | May 18 2023 23:54:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14051210 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | May 19 2023 00:17:21 | Chase, P.O. Box 15298, Wilmington, DE 19850 |
| 14051211 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | May 19 2023 00:05:33 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14064700 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | | |
| | | | May 18 2023 23:54:00 | KeyBank NA, 4910 Tiedeman Rd., Brooklyn, OH 44144-2338 |
| 14051236 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | | |
| | | | May 18 2023 23:54:00 | Keybank Na, 745 Atlantic Ave Ste 300, Boston, MA 02111-2735 |
| 14051237 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | | |
| | | | May 18 2023 23:54:00 | Keybank Usa, 4910 Tiedman Road, Brooklyn, OH 44144-2338 |
| 14051238 | + | Email/Text: bankruptcy@philapark.org | | |
| | | | May 18 2023 23:55:00 | LDC Collection Systems, P.O. Box 41819, Philadelphia, PA 19101-1819 |
| 14091586 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | May 19 2023 00:04:43 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14076734 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | May 18 2023 23:54:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14051243 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | May 18 2023 23:55:00 | Midamerica/milestone/g, Po Box 4499, Beaverton, OR 97076-4499 |
| 14051244 | + | Email/PDF: pa_dc_claims@navient.com | | |
| | | | May 19 2023 00:04:23 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14051248 | + | Email/Text: bankruptcygroup@peco-energy.com | | |
| | | | May 18 2023 23:54:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14051250 | | Email/Text: bankruptcies@penncredit.com | | |
| | | | May 18 2023 23:54:00 | Penn Credit, 916 S. 14th Street, PO Box 988, Harrisburg, PA 17108-0988 |
| 14060390 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | May 19 2023 00:04:27 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14051842 | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | May 19 2023 00:04:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14051255 | | Email/Text: pasi_bankruptcy@chs.net | | |

District/off: 0313-2                         User: admin                                        Page 4 of 6

Date Rcvd: May 18, 2023                     Form ID: 138OBJ                                  Total Noticed: 102

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 18 2023 23:54:00 | Professional Account Services, Inc., PO Box 188, Brentwood, TN 37024-0188 |
| 14061949 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 18 2023 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14054943 | | Email/Text: bnc-quantum@quantum3group.com | May 18 2023 23:54:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14051257 | | Email/Text: BankruptcyMail@questdiagnostics.com | May 18 2023 23:55:00 | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 14051261 | + | Email/Text: bncnotifications@pheaa.org | May 18 2023 23:54:00 | Society Natl/Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14051263 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2023 00:05:26 | Syncb/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 14051266 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2023 00:05:39 | Syncb/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14051262 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2023 00:04:41 | Syncb/empire Home Srvc, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14051264 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2023 00:05:23 | Syncb/jc Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 14051265 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2023 00:06:45 | Syncb/linens N Thing, Po Box 965005, Orlando, FL 32896-5005 |
| 14051267 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2023 00:06:19 | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 14057130 | + | Email/PDF: ebn_ais@aisinfo.com | May 19 2023 00:04:40 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14051268 | + | Email/Text: bncmail@w-legal.com | May 18 2023 23:54:00 | Target National Bank, Po Box 673, Minneapolis, MN 55440-0673 |
| 14051270 | + | Email/Text: bncmail@w-legal.com | May 18 2023 23:54:00 | Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14051277 | | Email/Text: bnc@alltran.com | May 18 2023 23:54:00 | United Recovery Systems, PO Box 722910, Houston, TX 77272-2910 |
| 14051278 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 19 2023 00:17:37 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 14055707 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 19 2023 00:17:11 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14067689 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 19 2023 00:05:21 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14051281 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 19 2023 00:04:23 | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |
| 14051283 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 19 2023 00:05:22 | Wf Crd Svc, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 69

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14051189 | * | AMCA, PO Box 1235, Elmsford, NY 10523-0935 |

| District/off: 0313-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: May 18, 2023 | Form ID: 138OBJ | Total Noticed: 102 |

| | | |
|---|---|---|
| 14051194 | * | Berkheimer Tax Administrator, P.O. Box 25153, Lehigh Valley, PA 18002-5153 |
| 14051196 | *+ | Berks Credit & Coll, 900 Corporate Dr, Reading, PA 19605-3340 |
| 14051197 | *+ | Berks Credit & Coll, 900 Corporate Dr, Reading, PA 19605-3340 |
| 14051205 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa, 15000 Capital One Dr, Richmond, VA 23238 |
| 14051207 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14051203 | *+ | Capital One Bank Usa, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14051220 | *+ | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 14051222 | *+ | Comenity Bank/express, Po Box 182789, Columbus, OH 43218-2789 |
| 14051229 | *+ | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14051240 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's/dsnb, Po Box 8218, Mason, OH 45040 |
| 14051213 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 14051214 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 14051212 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14051215 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14051216 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14077579 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14051245 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14051256 | *P++ | PROFESSIONAL ACCOUNT SERVICES INC, PO BOX 188, BRENTWOOD TN 37024-0188, address filed with court:, Professional Account Services, Inc., P.O. Box 188, Brentwood, TN 37024-0188 |
| 14057076 | *+ | Peco, 2301 Market Street, Philadelphia PA 19103-1380 |
| 14051258 | * | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 14051269 | *+ | Target National Bank, Po Box 673, Minneapolis, MN 55440-0673 |
| 14051271 | *+ | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14083872 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14051282 | *+ | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 0 Undeliverable, 26 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2023          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Cory L. Crabtree dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Rachael Popov-Crabtree dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |

District/off: 0313-2

User: admin

Page 6 of 6

Date Rcvd: May 18, 2023

Form ID: 138OBJ

Total Noticed: 102

JACK K. MILLER

on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JAMES A. PROSTKO

on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com

JEROME B. BLANK

on behalf of Creditor Wells Fargo Bank  N.A. jblank@pincuslaw.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Cory L. Crabtree and Rachael
Popov−Crabtree

          Debtor(s)                        Case No: 18−10768−amc

                                                        Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

          900 Market Street
          Suite 400
          Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/18/23