**Fill in this information to identify the case:**

Debtor 1    Cory L. Crabtree

Debtor 2    Rachael Popov-Crabtree
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of PA

Case number    18-10768 AMC

# Form 4100R

# Response to Notice of Final Cure Payment                                10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

| | | | |
|---|---|---|---|
| **Name of Creditor:** | Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 | **Court claim no.** (if known): | 7-2 |

**Last 4 digits** of any number you use to identify the debtor's account:    2446

**Property address:**
7713 New Street
Glenside, PA 19038

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    06 / 01 / 2023

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.  Total postpetition ongoing payments due:                                      (a)    $ _____

b.  Total fees, charges, expenses, escrow, and costs outstanding:          + (b)    $ _____

c.  **Total.** Add lines a and b.                                                          (c)    $ _____

Creditor asserts that the debtor(s) are contractually obligated for
the postpetition payment(s) that first became due on:

Debtor(s)  Cory L. Crabtree and Rachael Popov-Crabtree  Case Number *(if known)*: 18-10768 AMC
First Name    Middle Name    Last Name

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐  I am the creditor.
☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘/s/  *Mark A. Cronin*    Date  05/25/2023

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Cory L. Crabtree** <br> **Rachael Popov-Crabtree** <br>                   **Debtor(s)** | **BK NO. 18-10768 AMC** <br><br> **Chapter 13** |
| **Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3** <br>                   **Movant** <br>     **vs.** <br><br> **Cory L. Crabtree** <br> **Rachael Popov-Crabtree** <br>                   **Debtor(s)** <br><br> **Kenneth E. West Esq.**, <br>                   **Trustee** | **Related to Claim No. 7-2** |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Mark A. Cronin of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 25, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Cory L. Crabtree
7713 New Street
Glenside, PA 19038

Rachael Popov-Crabtree
7713 New Street
Glenside, PA 19038

Attorney for Debtor(s) (via ECF)
David M. Offen, Esq.
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

Trustee (via ECF)
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: electronic means or first-class mail.

Dated: May 25, 2023

                                        */s/ Mark A. Cronin*
                                        Mark A. Cronin Esquire
                                        Attorney I.D. 58240
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106
                                        215-627-1322
                                        mcronin@kmllawgroup.com